UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

 vs.

TRACEY LYNN VANENKEVORT,     **INDICTMENT**

   Defendant.
_____/

 The Grand Jury charges:

### COUNT 1
(Concealment of Fact Affecting Entitlement to
Supplemental Security Income Benefits)

From in or about September, 2001 through June, 2019, in Delta County, in the Northern Division of the Western District of Michigan, the Defendant,

**TRACEY LYNN VANENKEVORT,**

having knowledge of the occurrence of an event affecting her continued right to Supplemental Security Income (SSI) benefits, failed to disclose such event with an intent fraudulently to secure SSI benefits in a greater amount than was due or when no such benefit was authorized. Specifically, the Defendant was obligated to provide truthful disclosures to the Social Security Administration relating to her living arrangements and circumstances (meaning, but not limited to, with whom she lived, her income and resources, the income and resources of members of her household, her marital status, and changes thereto). The Defendant concealed and failed to disclose truthfully her living arrangements and circumstances to the Social Security

Administration. As a result of these concealments and omissions, the Defendant obtained approximately $68,800 that she was not eligible to receive.

42 U.S.C. § 1383a(a)(3)(A)

## COUNT 2
(False Statements Relating to Supplemental Security Income)

On or about September 14, 2018, in Delta County, in the Northern Division of the Western District of Michigan, the Defendant,

**TRACEY LYNN VANENKEVORT,**

knowingly and willfully made false statements and representations of material fact for use in determining her right to receive Supplemental Security Income. Specifically, the Defendant made false statements and representations in a Redetermination Summary for Determining Continuing Eligibility for Supplemental Security Income Payments. In that Redetermination, the Defendant falsely stated that she lived alone when in fact she lived with her husband or the person she held out as her husband, a fact that, if known, would have led to the termination of or a reduction in her SSI benefits.

42 U.S.C. § 1383a(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney