UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 2:21–cr–6

v.                                     Hon. Paul L. Maloney

TRACEY LYNN VANENKEVORT,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:              July 26, 2021   01:30 PM
Magistrate Judge:   Maarten Vermaat
Place/Location:       Marquette, MI

                                                    MAARTEN VERMAAT
                                                    U.S. Magistrate Judge

Dated:  July 20, 2021          By:     /s/ C. A. Moore_____
                                                    Courtroom Deputy