UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-6 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| TRACEY LYNN VanENKEVORT, | |
| Defendant. | |
| _____/ | |

## **ORDER OF DETENTION**

On July 27, 2021, the undersigned issued a warrant for Defendant's arrest for alleged violations of conditions of release. (ECF Nos. 34 and 35.)  Defendant was arrested on that warrant on July 28, 2021.

On July 30, 2021, the undersigned conducted an initial appearance following Defendant's arrest.

Defendant reserved her right to a detention hearing.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS ORDERED.

Date:   August 2, 2021                              /s/ *Maarten Vermaat*
                                                                        MAARTEN VERMAAT
                                                                        U.S. MAGISTRATE JUDGE